IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| Susanne Becker (*also known as* Susanne Hurd), | § § | |
| Plaintiff, | § § | |
| v. | § § | 2:22-CV-57-M-BR |
| BNSF Rail Road, | § § | |
| Defendant. | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is Plaintiff Susanne Becker's ("Plaintiff") Complaint against Defendant "BNSF Rail Road" ("Defendant") ("Complaint"). (ECF 3). Plaintiff is proceeding *pro se* in this action. The United States Magistrate Judge made Findings, Conclusions, and a Recommendation regarding the Complaint. (ECF 4). No objections were filed. The District Court reviewed the Findings, Conclusions, and a Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, and Plaintiff's Complaint (ECF 3) is **DISMISSED** without prejudice for lack of subject matter jurisdiction.

**SO ORDERED**, this 30th day of August, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE